UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 2:12-00004 |
| v. | ) | |
| | ) | Judge Sharp |
| JERMAINE S. PHILLIPS | ) | |
| | ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant's *Motion to Suppress Fruits of Traffic Stop* (Docket Entry No. 23) is hereby DENIED. Defendant's *Motion to Suppress Fruits of Execution of Search Warrant* (Docket Entry No. 22) is hereby GRANTED in part and DENIED in part. Specifically,

(1) The motion is GRANTED as to any evidence obtained during the searches of the Seagate external hard drive, MP3 player, T-Mobile Sidekick phone, Mobile HTC G2 phone, and Verizon Samsung phone; and

(2) The motion is DENIED with respect to the IBM laptop.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE